IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:13CR269 |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER |
| vs. | ) | |
| | ) | |
| JEFFREY RITCHISON, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on the Amended Motion to Vacate and Correct Sentence Under 28 U.S.C. § 2255 (Filing No. 45) filed on behalf of the Defendant Jeffrey Ritchison by his counsel of record. Also before the Court are the following motions, filed by the Defendant pro se: Motion to Vacate Under 28 U.S.C. § 2255 (Filing No. 37); Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside or Correct Sentence (Filing No. 42); and Motion for Leave to Amend and Supplement Motion to Vacate, Set Aside or Correct Sentence Pursuant to 28 U.S.C. § 2255 (Filing No. 46). All motions seek relief under two Supreme Court decisions, *Johnson v. United States*, 135 S. Ct. 2551 (2015), and *Welch v. United States*, 136 S. Ct. 1257 (2016). The Court has reviewed the motions and will order that the United States Attorney file a response to the Amended Motion (Filing No. 45) and the Court will deny the remaining motions as moot. Accordingly,

IT IS ORDERED:

1. On or before October 14, 2016, the United States shall file an Answer to the Defendant's Amended Motion to Vacate and Correct Sentence Under 28 U.S.C. § 2255 (Filing No. 45) and support its Answer with a brief;

2. On or before October 21, 2016, the Defendant may file a responsive brief; and

3. The Defendant's Motion to Vacate Under 28 U.S.C. § 2255 (Filing No. 37); Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside or Correct Sentence (Filing

No. 42); and Motion for Leave to Amend and Supplement Motion to Vacate, Set Aside or Correct Sentence Pursuant to 28 U.S.C. § 2255 (Filing No. 46) are denied as moot.

DATED this 23rd day of September, 2016.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge

2